**EXHIBIT C**





| SHOE NAME | DESCRIPTION | COLOR | SIZES | DEALER COST | SILHOUETTE |
|---|---|---|---|---|---|
| **MEN'S LINE** | | | | | |
| "CITY SLICKER" | Suede High-Top | Black, Grey | 6½-11, 12, 13 | $24.00 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 18's: Sizes 6½-11, 12, 13 (1-1-1-2-2-2-2-2-2-1-1-1) | | | | | |
| "LOW RIDER" | Suede Oxford | Black, Grey | 6½-11, 12, 13 | $21.50 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 18's: Sizes 6½-11, 12, 13 (1-1-1-2-2-2-2-2-2-1-1-1) | | | | | |
| "UPSCALE" | Canvas/Leather Moc Deck | White/Dk Tan | 6½-11, 12, 13 | $24.00 | |
| | Linen/Leather Moc Deck | Natural/Dk Tan | 6½-11, 12, 13 | $24.00 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 18's: Sizes 6½-11, 12, 13 (1-1-1-2-2-2-2-2-2-1-1-1) | | | | | |
| "MAD AVE" | Canvas Deck | White, Navy | 6½-11, 12, 13 | $16.00 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 18's: Sizes 6½-11, 12, 13 (1-1-1-2-2-2-2-2-2-1-1-1) | | | | | |
| "GETAWAY" | Canvas High Top | White, Black, Earth | 6½-11, 12, 13 | $15.50 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 18's: Sizes 6½-11, 12, 13 (1-1-1-2-2-2-2-2-2-1-1-1) | | | | | |
| "LIVE WIRE" | Canvas Oxford | White, Black | 6½-11, 12, 13 | $14.50 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 18's: Sizes 6½-11, 12, 13 (1-1-1-2-2-2-2-2-2-1-1-1) | | | | | |

| SHOE NAME | DESCRIPTION | COLOR | SIZES | DEALER COST | SILHOUETTE |
|---|---|---|---|---|---|
| **BOY'S LINE** | | | | | |
| "TY SLICKER" | Suede High Top | Black, Grey | 1-6 | $23.00 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 12's: Sizes 2½-6 (1-1-1-1-2-2-2-2) | | | | | |
| "GETAWAY" | Canvas High Top | White, Black, Earth | 1-6 | $15.00 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 12's: Sizes 2½-6 (1-1-1-1-2-2-2-2) | | | | | |
| "LIVE WIRE" | Canvas Oxford | White, Black | 1-6 | $14.00 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 12's: Sizes 2½-6 (1-1-1-1-2-2-2-2) | | | | | |
| **WOMEN'S LINE** | | | | | |
| "BELAIR" | Canvas U-Bal | White, Navy | 4-10, 11 | $13.50 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 18's: Sizes 4-10 (1-1-1-1-2-2-2-2-2-1-1-1-1) | | | | | |
| "BREEZE" | Canvas Deck | White | 4-10, 11 | $15.50 | |
| Solid Packs of 12's | | | | | |
| Musical Packs of 18's: Sizes 4-10 (1-1-1-1-2-2-2-2-2-1-1-1-1) | | | | | |

**P.F.** means Posture Foundation

P.F. FLYERS has recreated the original "Posture Foundation" rigid wedge using updated materials. The original concept of the shaped blown rubber wedge has