**EXHIBIT D**

# The Converse Chuck Taylor All Star



The combination of the toe cap, the toe bumper, and the two midsole stripes is a registered trademark of Converse Inc.